# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:07CV13

| | |
|---|---|
| JACK B. RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **J U D G M E N T** |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**; the Defendant's motion for summary judgment is **ALLOWED**; the decision of the Commissioner denying social security benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

2

Signed: February 26, 2008

Lacy H. Thornburg
United States District Judge